IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFTON JONES, | No. C 18-2755 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| DIANE J. MEYERS, | (Dkt. No. 2) |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se. He is incarcerated at the California Training Facility in Soledad, California. The complaint asserts claims under 42 U.S.C. 1983 against a Deputy Trial Counsel of the State Bar of California who is located in Los Angeles. Plaintiff complains that she has not adequately pursued attorney disciplinary proceedings. Los Angeles lies within the venue of the United States District Court for the Central District of California. 28 U.S.C. 84. Because the defendant and the actions giving rise to this complaint occurred in Los Angeles, the proper venue for this civil rights action is the Central District of California. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a). Ruling on plaintiff's motion for leave to proceed in forma pauperis is deferred to the Central District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: June 11, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE